Local Form 1007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re Jason M Cork and
Sharone J Cork

Chapter  13

Case No.  26-23770

Debtor(s).

**PAYMENT ADVICE COVER SHEET**

*Please check the appropriate box*

**For Debtor:**

[✔] Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

[ ] No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

[ ] No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain).

**For Joint Debtor, if applicable:**

[ ] Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

[✔] No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

[ ] No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain).

Dated: 7/1/2026

/s/ James Vomastic

Attorney for Debtor
or Debtor if not represented by an attorney

Joint Debtor if not represented by an attorney