Towne Park, LLC    450 Plymouth Road Suite 300 Plymouth Meeting, PA 19462    +1 (844) 8696375
JASON CORK    N2686 County Rd Y 556 Shawano, WI 54929

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| JASON CORK | Towne Park, LLC | | 1144664 | 04/20/2026 | 05/03/2026 | 05/08/2026 | |

| | | Gross Pay | Post Tax Deductions | Employee Taxes | Pre Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | | 189.72 | 0.00 | 11.64 | 37.49 | | 140.59 |
| YTD | | 999.12 | 0.00 | 62.93 | 187.45 | | 748.74 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular Pay Field I-04/20/2026 - 04/26/2026 | | 7.68 | 12 | 92.16 | | | OASDI | 9.43 | 50.32 |
| Regular Pay Field I-04/27/2026 - 05/03/2026 | | 8.13 | 12 | 97.56 | 83.26 | 999.12 | Medicare | 2.21 | 11.77 |
| | | | | | | | State Tax - WI | 0.00 | 0.84 |
| Earnings | | | | 189.72 | | 999.12 | Employee Taxes | 11.64 | 62.93 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | | |
| | Amount | YTD |
| Delta Dental Enhanced | 30.46 | 152.30 |
| Vision | 7.03 | 35.15 |
| Pre Tax Deductions | 37.49 | 187.45 |

| Employer Calculation | | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | Description | | Amount | YTD |
| Total Hours | 15.81 | 83.26 | OASDI - Taxable Wages | | 152.23 | 811.67 |
| | | | Medicare - Taxable Wages | | 152.23 | 811.67 |
| Employer Calculation | 15.81 | 83.26 | Federal Withholding - Taxable Wages | | 152.23 | 811.67 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Atlas | Atlas ******7801 | ******7801 | | 140.59    USD |

Towne Park, LLC    450 Plymouth Road Suite 300 Plymouth Meeting, PA 19462    +1 (844) 8696375
JASON CORK    N2686 County Rd Y 556 Shawano, WI 54929

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| JASON CORK | Towne Park, LLC | | 1144664 | 05/04/2026 | 05/17/2026 | 05/22/2026 | |

| | | Gross Pay | Post Tax Deductions | Employee Taxes | Pre Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 188.64 | 0.00 | 11.56 | 37.49 | 139.59 |
| YTD | | 1,187.76 | 0.00 | 74.49 | 224.94 | 888.33 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular Pay Field F | 05/04/2026 - 05/10/2026 | 8.2 | 12 | 98.40 | | | OASDI | 9.37 | 59.69 |
| Regular Pay Field F | 05/11/2026 - 05/17/2026 | 7.52 | 12 | 90.24 | 98.98 | 1,187.76 | Medicare | 2.19 | 13.96 |
| | | | | | | | State Tax - WI | 0.00 | 0.84 |
| Earnings | | | | 188.64 | | 1,187.76 | Employee Taxes | 11.56 | 74.49 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Delta Dental Enhanced | 30.46 | 182.76 |
| Vision | 7.03 | 42.18 |
| Pre Tax Deductions | 37.49 | 224.94 |

| Employer Calculation | | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Total Hours | 15.72 | 98.98 | OASDI - Taxable Wages | 151.15 | 962.82 |
| | | | Medicare - Taxable Wages | 151.15 | 962.82 |
| Employer Calculation | 15.72 | 98.98 | Federal Withholding - Taxable Wages | 151.15 | 962.82 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| 7213906220 | Army | ******6220 | | 139.59    USD |

Towne Park, LLC   450 Plymouth Road Suite 300 Plymouth Meeting, PA 19462   +1 (844) 8696375
JASON CORK   N2686 County Rd Y 556 Shawano, WI 54929

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| JASON CORK | Towne Park, LLC | | 1144664 | 05/18/2026 | 05/31/2026 | 06/05/2026 | |

| | | Gross Pay | Post Tax Deductions | | Employee Taxes | Pre Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current | | 112.44 | 0.00 | | 5.74 | 43.12 | | 63.58 |
| YTD | | 1,300.20 | 0.00 | | 80.23 | 268.06 | | 951.91 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular Pay Field I-05/18/2026 - 05/24/2026 | | 9.37 | 12 | 112.44 | | | OASDI | 4.65 | 64.34 |
| Regular Pay Field I-05/25/2026 - 05/31/2026 | | 0 | 12 | 0.00 | 108.35 | 1,300.20 | Medicare | 1.09 | 15.05 |
| | | | | | | | State Tax - WI | 0.00 | 0.84 |
| Earnings | | | | 112.44 | | 1,300.20 | Employee Taxes | 5.74 | 80.23 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) | 5.63 | 5.63 |
| Delta Dental Enhanced | 30.46 | 213.22 |
| Vision | 7.03 | 49.21 |
| Pre Tax Deductions | 43.12 | 268.06 |

| Employer Calculation | | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | Description | | Amount | YTD |
| Total Hours | 9.37 | 108.35 | OASDI - Taxable Wages | | 74.95 | 1,037.77 |
| | | | Medicare - Taxable Wages | | 74.95 | 1,037.77 |
| Employer Calculation | 9.37 | 108.35 | Federal Withholding - Taxable Wages | | 69.32 | 1,032.14 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| 7213906220 | Army | ******6220 | | 63.58 | USD |

Towne Park, LLC    450 Plymouth Road Suite 300 Plymouth Meeting, PA 19462    +1 (844) 8696375
JASON CORK    N2686 County Rd Y 556 Shawano, WI 54929

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| JASON CORK | Towne Park, LLC | | 1144664 | 06/01/2026 | 06/14/2026 | 06/18/2026 | |

| | | Gross Pay | Post Tax Deductions | Employee Taxes | Pre Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | | 1,300.20 | 0.00 | 80.23 | 268.06 | 951.91 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular Pay Field I-06/08/2026 - 06/14/2026 | | 0 | 12 | 0.00 | 108.35 | 1,300.20 | OASDI | 0.00 | 64.34 |
| | | | | | | | Medicare | 0.00 | 15.05 |
| | | | | | | | State Tax - WI | | 0.84 |
| Earnings | | | | 0.00 | | 1,300.20 | Employee Taxes | 0.00 | 80.23 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) | | 5.63 |
| Delta Dental Enhanced | 0.00 | 213.22 |
| Vision | 0.00 | 49.21 |
| Pre Tax Deductions | 0.00 | 268.06 |

| Employer Calculation | | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | Description | | Amount | YTD |
| Total Hours | 0.00 | 108.35 | OASDI - Taxable Wages | | 0.00 | 1,037.77 |
| | | | Medicare - Taxable Wages | | 0.00 | 1,037.77 |
| Employer Calculation | 0.00 | 108.35 | Federal Withholding - Taxable Wages | | 0.00 | 1,032.14 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| 7213906220 | Army | ******6220 | | 0.00 | USD |

Towne Park, LLC    450 Plymouth Road Suite 300 Plymouth Meeting, PA 19462    +1 (844) 8696375
JASON CORK    N2686 County Rd Y 556 Shawano, WI 54929

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| JASON CORK | Towne Park, LLC | | 1144664 | 06/15/2026 | 06/28/2026 | 07/03/2026 | |

| | | Gross Pay | Post Tax Deductions | Employee Taxes | Pre Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | | 146.40 | 0.00 | 8.33 | 44.81 | | 93.26 |
| YTD | | 1,446.60 | 0.00 | 88.56 | 312.87 | | 1,045.17 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular Pay Field I | 06/22/2026 - 06/28/2026 | 12.2 | 12 | 146.40 | 120.55 | 1,446.60 | OASDI | 6.75 | 71.09 |
| | | | | | | | Medicare | 1.58 | 16.63 |
| | | | | | | | State Tax - WI | 0.00 | 0.84 |
| Earnings | | | | 146.40 | | 1,446.60 | Employee Taxes | 8.33 | 88.56 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) | 7.32 | 12.95 |
| Delta Dental Enhanced | 30.46 | 243.68 |
| Vision | 7.03 | 56.24 |
| Pre Tax Deductions | 44.81 | 312.87 |

| Employer Calculation | | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | Description | | Amount | YTD |
| Total Hours | 12.20 | 120.55 | OASDI - Taxable Wages | | 108.91 | 1,146.68 |
| | | | Medicare - Taxable Wages | | 108.91 | 1,146.68 |
| Employer Calculation | 12.20 | 120.55 | Federal Withholding - Taxable Wages | | 101.59 | 1,133.73 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| 7213906220 | Jc | ******3600 | | 93.26   USD |