UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Jason M. Cork and
    Sharone J. Cork                           Chapter 13
           Debtor.                        Case No. 26-23770-rmb

MOTION TO CONTINUE THE AUTOMATIC
STAY BEYOND 3O DAYS

NOW COMES Debtors, Jason M. Cork and Sharone J. Cork, by their attorney, James E. Vomastic, and hereby moves the Court to continue the automatic stay pursuant to Section 362(c)(3)(B) of the Bankruptcy Code.  In support of this Motion, Debtor states as follows:

1. The Debtor filed this Chapter 13 Bankruptcy Petition on July 1, 2026.

2. The Debtor previously filed a Chapter 13 Bankruptcy on May 16, 2025 under case number 25-22827-beh that was dismissed on April 28, 2026.

3. The previous Chapter 13 was dismissed because they failed to make trustee payments because they had health issues and had job loss, and was denied Social Security Disability.

4. They have not had any prior case dismissed in the past year for failure to file or amend required documents, failure to provide adequate protection as ordered by the court, or failure to perform the terms of a confirmed plan.

5. They failed to make the payments because of an illness and job loss and now are debtor is working part time and awaiting Social Security approval. He also can do small side jobs to generate income to be able to afford the plan payments now that his health is getting better.

Prepared by:
Attorney James E. Vomastic
Vomastic Law Office
1488 East Green Bay St.
Shawano, WI 54166
Telephone (715) 851-3669
Jamesvomastic1@yahoo.com

6. They feel that this Chapter 13 was filed in good faith.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order continuing the automatic stay to all creditors and that such a stay shall remain in effect until discharge, dismissal or the entry of an order granting relief from the automatic stay.

Dated this 2nd of July, 2026.

Signature /s/ James Vomastic
James E. Vomastic
Attorney for Debtor
State Bar No. 1045783

Prepared by:
Attorney James E. Vomastic
Vomastic Law Office
1488 East Green Bay St.
Shawano, WI 54166
Telephone (715) 851-3669
Jamesvomastic1@yahoo.com