# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Jason M Cork and
     Sharone J Cork
        Debtor.

Chapter 13
Case No. 26- 23770-rmb

## MOTION TO CONTINUE THE AUTOMATIC
## STAY BEYOND 30 DAYS

The Debtors, Joseph R. Chase and Shelby M. Chase, in support of the Motion to Extend the

Automatic Stay, states as follows:

1. We filed this Chapter 13 Bankruptcy Petition on July 1, 2026.

2. We, previously filed a Chapter 13 Bankruptcy on May 16, 2025 under case number 5-22827-beh that was dismissed on April 28, 2026.

3. The previous Chapter 13 was dismissed because we had health issues and job loss and we failed to make trustee payments.

4. We have not had any prior case dismissed in the past year for failure to file or amend required documents, failure to provide adequate protection as ordered by the court, or failure to perform the terms of a confirmed plan.

5. We failed to make the payments because I was not able to work and was denied social security on my first attempt to qualify. I am working part time and reapplying for social security disability and will be able to make payments.

6. We feel that this Chapter 13 was filed in good faith.

Prepared by:
Attorney James E. Vomastic
Vomastic Law Office
1488 East Green Bay St.
Shawano, WI 54166
Telephone (715) 851-3669
Jamesvomastic1@yahoo.com

We affirm under the penalty of perjury that the foregoing is true and correct to the best of our information and belief.

_____
Jason M. Cork

_____
Sharone J. Cork

STATE OF WISCONSIN    )

                      ) ss.

COUNTY OF SHAWANO  )

Subscribed and sworn to before me by Jason M. Cork and Sharone J. Cork, the Debtor, on

The 1st day July, 2026.

_____
James Vomastic
Notary Public, State of Wisconsin

My Commission: is permanent

Prepared by:
Attorney James E. Vomastic
Vomastic Law Office
1488 East Green Bay St.
Shawano, WI 54166
Telephone (715) 851-3669
Jamesvomastic1@yahoo.com