# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:  Jason M. Cork and Sharone J. Cork

Case Number:  26-23770-rmb

Chapter:  13

Debtor(s).

Address:  N2686 County Road Y Lot 556
Clintonville, WI 54929

Last four digits of Social Security or
Individual Taxpayer Identification
(ITIN) No(s)., (if any):  6253 and 3393

Objection to Motion
to Continue Stay Due
(If served by mail,
add three days to
objection deadline
per Rule 9006(f)):  7/22/2026

Employer's Tax Identification (EIN) No(s). (if any):

Hearing on Timely-
Filed Objections:  7/28/2026
at 2:30

### NOTICE OF MOTION TO CONTINUE THE AUTOMATIC STAY

To all creditors and parties in interest:

The debtor(s) in the above-captioned case (the "debtor") has filed a motion to continue the automatic stay pursuant to 11 U.S.C. Sec. 362(c)(3)(B). A copy of that motion accompanies this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the motion to continue the automatic stay, or if you want the Court to consider your views on the motion, then **on or before the objection due date stated above**, you or your attorney must file an objection with:  Clerk, United States Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581

and provide copies to:

Rebecca Garcia, Chap 13 Trustee
PO Box 3170
Oshkosh, WI 54903

James Vomasti
1488 E Green Bay St.
Shawano, WI 54166

in time for its receipt by the above deadline. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**The hearing noted above will be held unless the Court cancels it or issues an order fully adjudicating the motion before the hearing.**

**The Court will hold a hearing on any timely-filed objection. The Court also will hold a hearing in the absence of an objection unless the debtor files an affidavit or declaration that provides an adequate evidentiary basis for concluding that the debtor has met their burden to prove they commenced this case in good faith as required by 11 U.S.C. Sec. 362(c)(3)(B).** If there is no timely objection and the Court finds an adequate evidentiary basis, the Court may cancel the hearing and adjudicate the motion based on the debtor's submissions.

The hearing will take place before Judge Blise  United States Bankruptcy Judge, in the United States Courthouse at **517 East Wisconsin Avenue, Milwaukee, Wisconsin, in Room** 149  at the hearing time and date stated above.

**The debtor, debtor's counsel, and the objecting party or their counsel must attend the hearing.**

Date: 7/2/2026

/s/ James Vomastic
James Vomastic
1488 E Green Bay St
Shawano, WI 54166
715-851-3669 jamesvomastic1@yahoo.com